# EXHIBIT A




**CT Corporation**
**Service of Process Notification**
12/02/2022
CT Log Number 542781647

## Service of Process Transmittal Summary

**TO:** Litigation Intake
BRIGHTHOUSE FINANCIAL INC.
11225 N Community House Rd
Charlotte, NC 28277-4435

**RE:** **Process Served in Michigan**

**FOR:** BRIGHTHOUSE LIFE INSURANCE COMPANY (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** MARK JAFFE vs. THE TRAVELERS COMPANIES, INC.

**CASE #:** 223406CKJS

**NATURE OF ACTION:** Insurance Litigation

**PROCESS SERVED ON:** The Corporation Company, Plymouth, MI

**DATE/METHOD OF SERVICE:** By Traceable Mail on 12/02/2022

**JURISDICTION SERVED:** Michigan

**ACTION ITEMS:** CT has retained the current log, Retain Date: 12/02/2022, Expected Purge Date: 12/07/2022

Image SOP

Email Notification, Litigation Intake
brighthouselitigationintake@brighthousefinancial.com

**REGISTERED AGENT CONTACT:** The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170
800-448-5350
MajorAccountTeam1@wolterskluwer.com

**REMARKS:** The documents received have been modified to reflect the name of the entity being served.

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

From




BRAUN KENDRICK
4301 Fashion Square Blvd.
Saginaw, MI 48603-5218




7022 0410 0003 4557 6202

# FIRST CLASS MAIL




To

BRIGHTHOUSE LIFE INSURANCE CO
THE CORPORATION COMPANY
40600 ANN ARBOR ROAD E STE 201
PLYMOUTH, MI 48170-4675

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy – Plaintiff
3rd copy - Return

| STATE OF MICHIGAN JUDICIAL DISTRICT 18TH JUDICIAL CIRCUIT COUNTY PROBATE | SUMMONS | CASE NO. 22-3406-CK-JS |
|---|---|---|

**Court address**
1230 Washington Ave, Bay City, Michigan 48708

**Court telephone no.**
(989) 895-4115

Plaintiff's name(s), address(es), and telephone no(s).
MARK JAFFE

v

Defendant's name(s), address(es), and telephone no(s).
TRAVELERS COMPANIES INCORPORATED
Registered Agent:
Corporation Service Company
2900 West Road, Ste 500, East Lansing, MI 48823
(888) 690-2882

BRIGHTHOUSE LIFE INSURANCE COMPANY
Resident Agent:
The Corporation Company
40600 Ann Arbor Rd. E, Ste 201, Plymouth, MI 48170-4675
(800) 241-6733

Plaintiff's attorney, bar no., address, and telephone no.
BRAUN KENDRICK FINKBEINER, P.L.C.
Craig W. Horn ( P34281)
4301 Fashion Square Blvd
Saginaw, MI 48603
(989) 498-2100

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

[ ] There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

[ ] There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

[ ] It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

[ ] This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

[ ] MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

[ ] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

[x] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in [ x ] this court, [ ] ______________ Court, where it was given case number 22-3406-CK-JS and assigned to Judge Joseph K. Sheeran. The action [x ] remains [ ] is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date NOV 2 2 2022 | Expiration date* FEB 2 1 2023 | Court clerk W. Zanotti |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) **SUMMONS** MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
{S1721482.DOCX.1}

**SUMMONS**
Case No. **22-3406-CK-JS**

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| [ ] OFFICER CERTIFICATE | OR | [ ] AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

[ ] I served personally a copy of the summons and complaint,
[ ] I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with ______________________________________________
List all documents served with the summons and complaint
______________________________________________ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

[ ] I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ |

______________________________________________
Signature
______________________________________________
Name (type or print)
______________________________________________
Title

Subscribed and sworn to before me on ____________________, ____________________ County, Michigan.
Date

My commission expires: ____________________ Signature: ______________________________
Date Deputy court clerk/Notary public

Notary public, State of Michigan, County of ____________________

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with ____________________
Attachments

______________________________ on ______________________________
Day, date, time

______________________________ on behalf of ______________________________.
Signature

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF BAY




MARK JAFFE,

Plaintiff,

v.

THE TRAVELERS COMPANIES, INC., and BRIGHTHOUSE LIFE INSURANCE COMPANY,

Defendants.

Case No. 22-3406-CK-JS

Hon. Joseph K. Sheeran

---

BRAUN KENDRICK FINKBEINER P.L.C.
Craig W. Horn (P34281)
Attorneys for Plaintiff
4301 Fashion Square Blvd.
Saginaw, MI 48603
(989) 498-2100

SULLIVAN, WARD, PATTON, GLEESON & FELTY, P.C.
David L. Delie, Jr. (P38248)
Attorneys for Defendant Travelers
400 Galleria Officentre, Ste. 500
Southfield, MI 48034
(248) 746-0700

---

**FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff Mark Jaffe, by and through his attorneys, Braun Kendrick Finkbeiner P.L.C., and for his Complaint against Defendants in this matter states the following:

1. Plaintiff is an individual residing in Bay City, Michigan.

2. Defendant The Travelers Companies, Inc. ("Travelers") is an insurance company which was conducting business in Bay County, Michigan at all times relevant to this lawsuit.

3. Defendant Brighthouse Life Insurance Company ("Brighthouse") is an insurance company which is the successor in interest to the entity known as of 1982 as "The Travelers Insurance Company" and which was conducting business in Bay County, Michigan at all times relevant to this lawsuit.

4. Venue is appropriate in this Honorable Court based upon an amount in

controversy greatly in excess of $25,000.

5. For an extended period of time prior to 1982, Plaintiff's then-employer, Valley Oxygen Company, made periodic payments to The Travelers Insurance Company to fund Group Annuity Contract GR-4394.

6. In exchange for these payments, The Travelers Insurance Company agreed to make monthly payments to certain Valley Oxygen Company employees once those employees reached 65 years of age.

7. In 1981, Valley Oxygen Company ceased making additional payments to The Travelers Insurance Company.

8. Thereafter, The Travelers Insurance Company performed a final accounting of its obligations under the Group Annuity Contract and forwarded the September 28, 1982, letter attached as Exhibit "A" to Plaintiff.

9. As set forth therein, the monthly benefits to be paid to Valley Oxygen Company employees upon reaching age 65 became a fixed amount based upon the "Paid Up" nature of this annuity contract.

10. As set forth in Exhibit "A", Plaintiff was to receive monthly benefits of $515.63 commencing on Plaintiff's 65th birthday, October 1, 2000.

10. Plaintiff has never received any benefit from either Defendant, any predecessor in interest of either Defendant, or any assignee of either Defendant.

11. Plaintiff has never received any correspondence from either Defendant or any predecessor in interest of either Defendant indicating that the underlying annuity contract had been transferred or otherwise assigned to any other entity.

12. Assuming that the underlying annuity contract was assignable by The Travelers Insurance Company, it was incumbent upon The Travelers Insurance Company to provide

Plaintiff with notice of that assignment.

13. Defendants' failure to either pay monthly benefits to Plaintiff or to advise Plaintiff in a timely manner that the obligation to pay these benefits had been assigned to another entity constitutes a breach of the annuity contract.

WHEREFORE, Plaintiff prays that this Honorable Court provide him with the following relief: (1) determine that one or both Defendants are responsible for paying Plaintiff monthly benefits in accordance with Group Annuity Contract GR-4394; (2) order the responsible Defendant(s) to pay monthly benefits to Plaintiff in accordance with Group Annuity Contract GR-4394 retroactively to October 1, 2000; (3) order the responsible Defendant(s) to pay interest to Plaintiff on all past-due payments, (4) order the responsible Defendant(s) to pay costs and reasonable attorney fees, and (5) provide Plaintiff with such other and further relief as this Honorable Court deems appropriate.

BRAUN KENDRICK FINKBEINER P.L.C.

DATED: November 15, 2022

By: ____________________
Craig W. Horn (P34281)
Attorneys for Plaintiff

# Exhibit A



THE TRAVELERS

The Travelers Insurance Company
Group Department
Pension Division

September 28, 1982

Mr. Mark Jaffe
Treasurer
Valley Oxygen Co.
311 Columbus Ave.
Bay City, MI 48706

Dear Mr. Jaffe:

Group Annuity Contract GR-4394

As a result of the final accounting following the discontinuance of the above Contract, the following is a list of revised amounts of Paid Up Monthly Benefits of July 31, 1981 for Plan Participants:

| Name | NRD | Paid Up Amounts As Of 7-31-81 |
|---|---|---|
| Baeckl, Robert M. | 9-1-88 | $208.00 |
| Carmona, Pierre A.* | 4-1-96 | 139.29 |
| Draves, Maurice | 12-1-93 | 3.59 |
| Grzgorczyk, Dennis | 1-1-17 | 43.56 |
| Hahn, George J. | 3-1-83 | 149.07 |
| Gahn, James | 12-1-05 | 7.53 |
| Iler, Edward A. | 3-1-86 | 138.40 |
| Jaffe, Lillian | 5-1-91 | 1.84 |
| Jaffe, Mark M. | 10-1-00 | 515.63 |
| Karmath, Thomasine A. | 12-1-12 | 8.62 |
| Katzer, Dorothy H. | 5-1-01 | 21.12 |
| Keeley, Kenneth A. | 5-1-05 | 92.64 |
| Kurtz, Gerald E. | 1-1-08 | 116.17 |
| Mayes, Clarence A. | 5-1-86 | 47.89 |
| Paine, Deloris E. | 12-1-93 | 88.02 |
| Nutt, Elizabeth A.* | 9-1-78 | 43.38 |
| Priem, Douglas E. | 11-1-15 | 21.17 |
| Rogner, Kenneth W. | 5-1-06 | 247.36 |
| Sabine, George Jr. | 6-1-87 | 248.77 |
| Schaffer, Alice | 3-1-17 | 2.07 |
| VanHoogstraten, Ardene | 3-1-86 | 37.76 |
| Walraven, Luann | 4-1-20 | 10.11 |

*previously vested

Very truly yours,

Barbara Bland

Barbara Bland
Assistant Retirement
Plans Specialist

BB:jb